IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS H. MARTINEZ,

    Petitioner,　　　　　　　No. CIV S-07-0322 DFL EFB P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.　　　　　　　ORDER

    /

    Petitioner is a state prisoner without counsel challenging a state court's judgment of conviction. *See* 28 U.S.C. § 2254. Petitioner has commenced this action in the wrong district.

    Petitioner was convicted in the Los Angeles County Superior Court, but is confined at Avenal State Prison in Kings County. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

    The court finds that it is in the interest of justice to transfer this action to the Western Division of the United States District Court for the Central District of California. *See* 28 U.S.C. §§ 84(c)(2); 1404(a).

1     Accordingly, it is ORDERED that this action is transferred to the Western Division of the
2 United States District Court for the Central District of California.
3 Dated: February 23, 2007.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE